# Frankfurt Kurnit Klein + Selz PC

Edward H. Rosenthal

488 Madison Avenue, New York, New York 10022

T (212) 826 5524    F (347) 438 2114

erosenthal@fkks.com

June 12, 2017

**VIA ECF**

Hon. P. Kevin Castel
United States Courthouse
Courtroom 11D
500 Pearl St.
New York, NY 10007

    Re:    *Spuds Ventures, LLC v. Anheuser-Busch InBev Worldwide, Inc., Anheuser-Busch, LLC, Anheuser-Busch Companies, LLC and Wieden + Kennedy, Inc.*
           Case No. 1:17-cv-01877-PKC

Dear Judge Castel:

    This firm represents defendant Wieden & Kennedy, Inc. ("W+K") in the above-referenced action. In accordance with Rule 4 of Your Honor's Individual Practices, we write on behalf of W+K to join in the request of defendants Anheuser-Busch InBev Worldwide, Inc., Anheuser-Busch, LLC and Anheuser-Busch Companies, LLC (collectively, "A-B") for leave to file a motion to dismiss the plaintiff's Amended Complaint [Dkt. 9]. The factual and legal nature of W+K's anticipated motion is set forth in the pre-motion letter submitted by A-B dated June 9, 2017 [Dkt. 29]. An initial conference is scheduled for June 28, 2017 [Dkt. 28].

    W+K requests two (2) weeks from the date of any order allowing W+K to file a motion to dismiss to file such motion, and would then follow the briefing schedule set forth in Local Civil Rule 6.1(b). W+K would also request oral argument to the extent the Court has questions or seeks clarification on any of these issues.

We thank the Court for its attention to this matter.

Respectfully submitted,

Edward H. Rosenthal

cc: All Counsel of Record (by ECF)